IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELVIN LEE CRAFT,

    Plaintiff,

v.                              CASE NO. 4:06-cv-00424-MP-WCS

MONICA DAVID,
FREDERICK B DUMPHY,
TENA PATE,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 32, the Report and Recommendation of the Magistrate Judge, recommending that summary judgment be entered in favor of the defendants. The time for filing objections has passed, and none have been filed. The Court agrees that the Eleventh Circuit has made clear that changes to the parole decision process cannot be violations of the ex post facto clause. Accordingly, Plaintiff's six claims are without merit and it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The motion for summary judgment (doc. 23) is granted in favor of the Defendants, and the clerk is directed to close the file.

**DONE AND ORDERED** this *6th* day of March, 2008

                    *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge